_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**IN RE:**                                                                 **CHAPTER 13**
**TEREASA LYNN DILLON**                                     **CASE NO. 23-50684-KMS**

## ORDER RELEASING EARNINGS OF DEBTOR
### TEREASA LYNN DILLON (SSN # XXX-XX-2858)

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the debtor's employer:

> **Silver Slipper Casino**
> **5000 S Beach Blvd**
> **Bay Saint Louis MS 39520-0000**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**