**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Tereasa Lynn Dillon, Debtor          Case No. 23-50684-KMS
                                                              Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13**
**DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   **/s/ Tereasa Lynn Dillon**                                     **05/27/2026**
          Tereasa Lynn Dillon                                          Date


**/s/ Thomas C. Rollins, Jr.**                                          **05/28/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                              Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:                          Gulfport Divisional Office:
Danny L. Miller, Clerk                   Danny L. Miller, Clerk
United States Bankruptcy Court           United States Bankruptcy Court
Thad Cochran US Courthouse               Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                2012 15th St, Suite 244
Jackson, MS 39201                        Gulfport, MS 39501


### CERTIFICATE OF SERVICE

On May 28, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TEREASA LYNN DILLON

CASE NO: 23-50684-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/28/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TEREASA LYNN DILLON

CASE NO: 23-50684-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/28/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/28/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50684-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU MAY 28 9-11-43 PST 2026

NUVELL CREDIT COMPANY  CO AIS PORTFOLIO SER
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

WOODFOREST BANK
PO BOX 7889
THE WOODLANDS  TX 77387-7889

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ATT
PO BOX 5087
CAROL STREAM  IL 60197-5087

ACCESS RADIOLOGY
PO BOX 60962
NEW ORLEANS  LA 70160-0962

ACCURATE RECOVERY SOLU
PO BOX 406
FARMINGDALE  NY 11735-0406

BANFIELD PET HOSPITAL
18101 SE 6TH WAY
VANCOUVER  WA 98683-7509

CB INDIGO
PO BOX 4499
BEAVERTON  OR 97076-4499

CF MEDICAL LLC
3705 HWY 27
STE 203
CLERMONT  FL 34711-7950

CAPIO PARTNERS  LLC
ATTN BANKRUPTCY
PO BOX 3498
SHERMAN  TX 75091-3498

CAPITAL ONE
PO BOX 30285
SALT LAKE CIT  UT 84130-0285

(P)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

CLOUD  WILLIS  ELLIS
3428 MONTCLARK RD
STE 227
BIRMINGHAM  AL 35213

COMENITY
PO BOX 182273
COLUMBUS  OH 43218-2273

CONN APPLIANCES  INC DBA
CONNS HOMEPLUS AS SERVICERIN
BECKET AND LEE LLP
PO BOX 3002
MALVERN  PA 19355-0702

CONNS HOMEPLUS
2445 TECHNOLOGY FOREST
BUILDING 4  SUITE 800
THE WOODLANDS  TX 77381-5258

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE ROAD SUITE 3000
SOUTHFIELD  MI 48034-8331

DIAMONDHEAD URGENT CAR
4402 E ALOHA DR
STE 16
DIAMONDHEAD  MS 39525-3305

EMERIL PASTA
PO BOX 406
FARMINGDALE  NY 11735-0406

FDOT
PO BOX 31241
TAMPA  FL 33631-3241

FDOT
PO BOX 71237
CHARLOTTE  NC 28272-1237

FIRST PORTFOLIO VENTURES I  LLC
3091 GOVERNORS LAKE DRIVE SUITE 500
PEACHTREE CORNERS  GA 30071-1135

FIRST INVESTORS SVC CO
380 INTERSTATE N PKWY
STE 300
ATLANTA  GA 30339-2222

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

GEICO INSURANCE
ONE GEICO PLAZA
BETHESDA  MD 20810-0002

GORDON G ARMSTRONG
PO BOX 1464
MOBILE  AL 36633-1464

HMC GROUP
29065 CLEMENS RD
WESTLAKE  OH 44145-1179

HANCOCK EMERGENCY GROU
PO BOX 731584
DALLAS  TX 75373-1584

HENLEY  LOTTERHOS  HE
PO BOX 389
JACKSON  MS 39205-0389

HMC GROUP
ATTN BANKRUPTCY
29065 CLEMENS RD
STE 200
CLEVELAND  OH 44145-1179

IC SYSTEM
PO BOX 64794
SAINT PAUL  MN 55164-0794

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)JERNIGAN CHIROPRACTIC CLINIC
ATTN JEREMY JERNIGAN
2045 EAST PASS RD
SUITE B
GULFPORT MS 39507-3761

LGBSMASSDPT
PO BOX 702118
SAN ANTONIO  TX 78270-2118

MS DEPARTMENT OF EMPLOYMENT SECURITY
PO BOX 1699
JACKSON  MS 39215-1699

MS TITLE LOAN
459 HWY 90
WAVELAND  MS 39576-2507

MEMORIAL EMERGENGY PHY
PO BOX 15396
HATTIESBURG  MS 39404-5396

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT  MS 39502-1810

MEMORIAL HOSPITAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT  MS 39502-0175

MERRICK BANK
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

MILESTONE
PO BOX 4499
BEAVERTON  OR 97076-4499

OCHSNER HEALTH SYSTEM
JONES WALKER ATTN CAROLINE MCCAFFREY
201 ST CHARLES AVENUE  49TH FL
NEW ORLEANS  LA 70170-1000

OSCHNER HEALTH SYSTEM
PO BOX 61838
NEW ORLEANS  LA 70161-1838

PA TURNPIKE TOLL
PO BOX 645631
PITTSBURGH  PA 15264-5254

PAY BY PLATE
PO BOX 847840
BOSTON  MA 02284-7840

PERSONIFY
PO BOX 208417
DALLAS  TX 75320-8417

PLAZA SERVICES
303 2ND ST
STE 750
SAN FRANCISCO  CA 94107-1366

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROFESSIONAL ACCOUNT
PO BOX 1153
MILWAUKEE  WI 53201-1153

PROGRESSIVE LEASING
256 W DATA DR
DRAPER  UT 84020-2315

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

REFLEX
PO BOX 31292
TAMPA  FL 33631-3292

SMB RADIOLOGY
PO BOX 1330
GULFPORT  MS 39502-1330

SLIDELL MEMORIAL HOSPI
1001 GAUSE BLVD
BOX 15
SLIDELL  LA 70458-2987

SOURCE RECEIVABLES
ATTN BANKRUPTCY DEPT
PO BOX 4068
GREENSBORO  NC 27404-4068

(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(P)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

STERLING SURGICAL HOSP
989 ROBERT BLVD
SLIDELL  LA 70458-2009

TOLLS BY MAIL
PO BOX 15183
ALBANY  NY 12212-5183

EXCLUDE

TRUE ACCORD
16011 COLLEGE BLVD
LENEXA  KS 66219-9877

USAA FSB
PO BOX 47504
SAN ANTONIO  TX 78263

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS  MO 63304-2225

WOODFOREST NATIONAL BANK
ATTN BANKRUPTCY
PO BOX 7889
THE WOODLANDS  TX 77387-7889

YOUNGS PROFESSIONAL S
ATTN 6822
PO BOX 3484
TOLEDO  OH 43607-0484

DEBTOR

TEREASA LYNN DILLON
68226 DIAMONDHEAD DR E
DIAMONDHEAD  MS 39525-3528

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749