

# INVOICE

Invoice # 9128
Date: 06/10/2026
Due On: 07/10/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tereasa Lynn Dillon

## 04815-Dillon Tereasa Lynn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 11/13/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Service | TR | 11/16/2023 | Review: 23-50684-KMS Order on Application for Compensation Document #32 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 11/22/2024 | Review: Proof of Claim 23-50684-KMS Woodforest Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/27/2024 | Reviewed Object to POC 14 and proposed Order; converted to pdf and prepared for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/02/2024 | Reviewed Declaration of Mailing from CertificateofService.com and converted to e-filing format to prepare 30-Day Notice with attached Objection, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 01/03/2025 | Review: 23-50684-KMS Order Regarding Objection to Claim Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/17/2025 | Incoming Call: Phone conference stating she got a divorce and it was finalized. Requested the signed documents. Drafted text to debtor providing my email. Debtor informed us of her last name change and inquired when her case should be finished. Informed her I will research | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | this and contact her once I have an answer. | | | |
| Service | BB | 03/18/2025 | Review email from debtor: Reviewed email from debtor providing requested court documents from debtors divorce and her current ID with her name change. Drafted email memo to JC informing her. Reviewed debtors payment plan to determine her approximate discharge date. Drafted email to debtor informing her as she requested. | 0.30 | $100.00 | $30.00 |
| Service | JC | 03/19/2025 | Drafted e-mail to TR informing him of debtor's divorce without permission and attaching Judgment for his review. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/21/2025 | Call Debtor: Reviewed e-mail memo from TR informing we don't need to do anything regarding divorce since the debtor has already completed her divorce and she filed single BK; called debtor and discussed that she needs to always contact us BEFORE she makes any changes, obtains a loan, tries to sell anything, basically any change she makes and that we need to know of phone number change and address change after they are made; explained that we should have gotten Court approval prior to her divorce but hopefully we will not have any problems since she filed single BK; explained that her name will not change on her BK. | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/27/2026 | Reviewed email from debtor about no longer working at her previous employer; inquiring how to make payment, how much is her plan payment and the time frame left; reviewed the Trustee's website; drafted email to debtor with the amount of her plan payment, how to make her payment, the estimated amount of time left in her plan and also inquired if she will be working somewhere else | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/26/2026 | Review: 23-50684-KMS Release of Wages Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/26/2026 | Review: 23-50684-KMS Notice Ch 13 Plan Payments Completed Document# 37 | 0.10 | $360.00 | $36.00 |

| Service | JC | 05/27/2026 | Contact Debtor (Text/Email): Reviewed docket to confirm debtor education complete; drafted Motion for Discharge; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor informing I sent an e-mail with a link to sign the Motion. | 0.20 | $155.00 | $31.00 |
|---|---|---|---|---|---|---|
| Service | JC | 05/28/2026 | Reviewed Motion for Discharge executed by debtor received via Clio e-sign; revised to add debtor's and TC's e-signatures to prepare for uploading to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/28/2026 | Reviewed Declaration of Mailing Notice and Motion for Discharge and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/10/2026 | Draft Fee Application, Notice and Proposed roder: Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
| | | | **Services Subtotal** | | | **$603.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| Expense | 05/28/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $66.03 | $66.03 |
| | | | **Expenses Subtotal** | | **$70.91** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.4 | $350.00 | $140.00 |
| Brooke Brueland | | Non-Attorney | 0.4 | $100.00 | $40.00 |

| | | | | |
|---|---|---|---|---|
| Jacki Curry | Non-Attorney | 1.6 | $155.00 | $248.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | | | **Subtotal** | **$673.91** |
| | | | **Total** | **$673.91** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5029 | 08/11/2023 | $2,715.89 | $0.00 | $2,715.89 |
| 5573 | 12/13/2023 | $778.28 | $0.00 | $778.28 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9128 | 07/10/2026 | $673.91 | $0.00 | $673.91 |
| | | | **Outstanding Balance** | **$4,168.08** |
| | | | **Total Amount Outstanding** | **$4,168.08** |