**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Tereasa Lynn Dillon, Debtor          Case No. 23-50684-KMS
                                                                    CHAPTER 13

**FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,645.00 | $70.89 | $2,715.89 | 27 | 08/08/2023 |
| $675.00 | $103.28 | $778.28 | 32 | 11/15/2023 |
| $603.00 | $70.91 | $673.91 | n/a | n/a |
| $3,923.00 | $245.69 | $4,168.08 | | |



# INVOICE

Invoice # 5029
Date: 07/12/2023
Due On: 08/11/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tereasa Lynn Dillon
68226 Diamondhead Dr E
Diamondhead, MS 39525

## 04815-Dillon Tereasa Lynn

## Ch 13 - Tereasa *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 04/05/2023 | Telephone conference with debtor to obtain Social Security number and full name; review Credit Report and select debts to import/exclude | 0.20 | $150.00 | $30.00 |
| Service | YM | 04/05/2023 | Contact Debtor: emailed credit report to client for review - with instructions | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/11/2023 | Contact Debtor: Phone conference with client to answer questions about the documents needed and made an appt at the GP office to drop off GIP | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/14/2023 | Review email and update tasks: Review and organize pay stubs | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/18/2023 | Review and organize documents provided by debtor: Reviewed packet, and organized Pay, Bank and Tax Returns | 0.50 | $100.00 | $50.00 |
| Service | JAC | 04/19/2023 | review initial documents submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | YM | 04/19/2023 | Contact Debtor: Drafted an email to Δ to get cash app, Lease information, Toll charges and missing pay | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/20/2023 | Review email and update tasks: Reviewed three emails from Δ sending with bank and pay - organized documents | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/20/2023 | Review email and update tasks: Review | 0.10 | $100.00 | $10.00 |

| | | | and organize cashapp documemts | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/25/2023 | Review missing documents submitted by debtor | 0.10 | $350.00 | $35.00 |
| Service | JAC | 04/26/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.60 | $350.00 | $210.00 |
| Service | JAC | 04/26/2023 | Prepare matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 04/26/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.30 | $350.00 | $105.00 |
| Service | JAC | 04/26/2023 | Draft email to debtor with bankruptcy options: Document: BK Options.docx | 0.10 | $350.00 | $35.00 |
| Service | YM | 04/26/2023 | Contact Debtor: Drafted email to our client with her matrix attached with instructions to review and make sure nothing needed to be added | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/26/2023 | Contact Debtor: Drafted an email to our client to see how she wanted to proceed with her case | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/28/2023 | Contact Debtor: drafted an email to see if the client wanted to move forward with filing | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/30/2023 | Review email from debtor: reviewed email, she wants to proceed with the CH 13. Also drafted email to keep sending in bank and pay | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/30/2023 | Review email from debtor: reviewed email w/ april bank, review and organized april bank | 0.20 | $100.00 | $20.00 |
| Service | YM | 05/01/2023 | Review email and update tasks: updated pay in client docs | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/08/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/08/2023 | Conference w/ client to review and sign initial papers | 0.70 | $350.00 | $245.00 |
| Service | TR | 05/08/2023 | Review: 23-50684-KMS Meeting of Creditors Chapter 13 Document# 8 | 0.20 | $350.00 | $70.00 |
| Service | YM | 05/08/2023 | Contact Debtor: Drafted email to our client with the 341 notice and a possible questions from the trustee | 0.20 | $100.00 | $20.00 |
| Service | JC | 05/08/2023 | Drafted e-mail to debtor sending Yellow Page information | 0.10 | $150.00 | $15.00 |

Invoice # 5029 - 07/12/2023

| Type | Initials | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Service | JC | 05/08/2023 | Send Debtor text message with the case number | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/09/2023 | Drafted letter to creditor, creditor's attorney, and debtor's employer to stop garnishment; reviewed Notice of Filing; prepared letter, enclosures, and envelopes for mailing; letter to JAC to obtain her signature | 0.20 | $150.00 | $30.00 |
| Expense | JC | 05/09/2023 | Postage: Stop garnishment letters to Credit Acceptance and debtor's employer | 2.00 | $0.60 | $1.20 |
| Service | JAC | 05/09/2023 | Review & sign letter | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/09/2023 | Drafted facsimile to creditor's attorney attaching letter to stop garnishment; drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/09/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Service | JC | 05/09/2023 | Reviewed e-mail from debtor; drafted reply and drafted e-mail to employer attaching garnishment letter | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/10/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Expense | YM | 05/11/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $67.71 | $67.71 |
| Service | JAC | 05/11/2023 | Review & sign letter | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/11/2023 | Reviewed debtor's pay for garnishments; drafted letter to creditor's attorney to have creditor return garnishment funds; letter to JAC for her signature | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/11/2023 | Reviewed letter to return garnishment funds signed by JAC; drafted facsimile to creditor's attorney, drafted e-mail to trustee, and drafted e-mail to debtor attachind letter | 0.20 | $150.00 | $30.00 |
| Service | TR | 05/12/2023 | Review: Proof of Claim 23-50684-KMS FIRST PORTFOLIO VENTURES I, LLC Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Review: 23-50684-KMS Order Upon Employer Directing Deductions from Pay Document #10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Draft Obj to POC | 0.30 | $350.00 | $105.00 |
| Service | JC | 05/16/2023 | Reviewed Schedule B for all bank accounts; reviewed and organized | 0.40 | $150.00 | $60.00 |

| | | | documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; drafted e-mail to debtor requesting additional bank statements and pay | | | |
|---|---|---|---|---|---|---|
| Service | TR | 05/17/2023 | Review: Proof of Claim 23-50684-KMS MDES Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/22/2023 | Review: Proof of Claim 23-50684-KMS Memorial Hospital Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/22/2023 | Review: Proof of Claim 23-50684-KMS Credit Acceptance Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/24/2023 | Reviewed additional pay and bank statements submitted by debtor via e-mail; merged with existing documents; drafted e-mail to debtor to send CashApp statement | 0.20 | $150.00 | $30.00 |
| Service | JC | 05/25/2023 | Reviewed additional bank statements submitted by debtor via e-mail; merged with existing documents. Drafted letter to trustee; prepared letter, enclosures, and envelope for mailing; letter to JAC to obtain her signature | 0.40 | $150.00 | $60.00 |
| Service | JAC | 05/26/2023 | Review & sign letter | 0.10 | $350.00 | $35.00 |
| Expense | JC | 05/26/2023 | Postage: Sending documents to trustee for MOC | 1.00 | $1.98 | $1.98 |
| Service | JC | 05/26/2023 | Drafted e-mail to trustee's office attached debtor's photo ID and SS card for meeting of creditors | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/29/2023 | Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/07/2023 | Review: Proof of Claim 23-50684-KMS Conn Appliances, Inc. Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/08/2023 | Review: Proof of Claim 23-50684-KMS Quantum3 Group LLC as agent for Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/08/2023 | Review: Proof of Claim 23-50684-KMS Quantum3 Group LLC as agent for Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/08/2023 | Review: Proof of Claim 23-50684-KMS Quantum3 Group LLC as agent for Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/08/2023 | Review: Proof of Claim 23-50684-KMS Quantum3 Group LLC as agent for Document # 9 | 0.10 | $350.00 | $35.00 |

| Service | TR | 06/09/2023 | prepare for and attend 341 meeting | 0.40 | $350.00 | $140.00 |
|---|---|---|---|---|---|---|
| Service | JC | 06/12/2023 | Reviewed text message from debtor inquiring when she would receive garnishment refund; drafted reply | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/16/2023 | Drafted memo to TR to advise me on what to do since debtor has not received her garnishment refund | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/21/2023 | Review: 23-50684-KMS Order Regarding Objection to Claim Document #18 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/22/2023 | Called debtor, left voicemail, sent text message to find out if she received her refund from the garnishment yet | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/22/2023 | Contact Debtor: Telephone conference with debtor about the refund from the garnishment that she has not received yet. She stated she has not heard anything from anyone yet | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/26/2023 | Reviewed text message from debtor informing she is being contacted by creditor and sent a copy of the text message; drafted reply if she is being contacted by text message, to reply Stop as the message from them instructs and see it that works | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/27/2023 | Called attorney for creditor regarding garnishment refund; stated it was originally sent to wrong street address; they researched their file and stated it was mailed to our PO Box on June 15th; drafted memo to GM to find out if she has received it; drafted e-mail to debtor to inform what is going on | 0.30 | $150.00 | $45.00 |
| Service | TR | 06/27/2023 | Review: Proof of Claim 23-50684-KMS Portfolio Recovery Associates, LLC Document # 10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/27/2023 | Review: Proof of Claim 23-50684-KMS Portfolio Recovery Associates, LLC Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/28/2023 | Telephone conference with attorney for creditor regarding garnishment refund check; she spoke with her supervisor, and it is their policy that they do not replace checks for 30 days; will call back July 17th for replacement; she gave the amount of check; drafted e-mail to debtor regarding same | 0.20 | $150.00 | $30.00 |

| Service | TR | 07/07/2023 | Review claims register to plan and determine if we need to file additional claims | 0.10 | $350.00 | $35.00 |
|---------|-----|------------|-----------------------------------------------------------------------------------|------|---------|--------|
| Service | TR | 07/12/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| | Jennifer Curry Calvillo | Attorney | 1.9 | $350.00 | $665.00 |
| | Thomas Rollins | Attorney | 3.3 | $350.00 | $1,155.00 |
| | Jacki Curry | Non-Attorney | 3.6 | $150.00 | $540.00 |
| | Yvette Miller | Non-Attorney | 2.7 | $100.00 | $270.00 |
| | Kerri Rodabough | Non-Attorney | 0.1 | $150.00 | $15.00 |
| | | | | **Total** | **$2,715.89** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 5029 | 08/11/2023 | $2,715.89 | $0.00 | $2,715.89 |
| | | | **Outstanding Balance** | **$2,715.89** |
| | | | **Total Amount Outstanding** | **$2,715.89** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5573
Date: 11/13/2023
Due On: 12/13/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tereasa Lynn Dillon
68226 Diamondhead Dr E
Diamondhead, MS 39525

### 04815-Dillon Tereasa Lynn

## Ch 13 - Tereasa *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 07/12/2023 | Review: Proof of Claim 23-50684-KMS Midland Credit Management, Inc. Document # 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/12/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BI | 07/12/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $100.64 | $100.64 |
| Service | TR | 07/12/2023 | Review COS and file Fee Application w/ court | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/17/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review email from TT re: garnishment proceeds | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-50684-KMS Ochsner Health System Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/19/2023 | Reviewed e-mail from debtor regarding contacting creditor's attorney regarding refund; called attorney, left voicemail for return call; drafted reply to debtor to inform same | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/20/2023 | Telephone conference with Brittany at Henley and Lotterhoes about the garnishment refund check; they will issue another check; will call us back once they put in mail; confirmed the mailing address | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/24/2023 | Review: 23-50684-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/28/2023 | Review: 23-50684-KMS Personal Financial Management Course (Certificate) Document# 24 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/02/2023 | Drafted auto stay letters to 4 creditors; reviewed Notice of Filing; prepared letters, enclosures, and envelopes for mailing; letters to JAC to obtain her signature | 0.70 | $150.00 | $105.00 |
| Expense | JC | 08/02/2023 | Postage: Auto stay letters to 4 creditors | 4.00 | $0.66 | $2.64 |
| Service | JC | 08/02/2023 | Drafted e-mail to debtors attaching auto stay letters sent to four creditors on her behalf | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/04/2023 | Review file and docket for confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/08/2023 | Review: 23-50684-KMS Order Confirming Chapter 13 Plan Document #26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/08/2023 | Review: 23-50684-KMS Minute Entry (CHAP) Document# 25 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/09/2023 | Review: 23-50684-KMS Order on Application for Compensation Document #27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/13/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.5 | $350.00 | $525.00 |
| Jacki Curry | Non-Attorney | 0.9 | $150.00 | $135.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $150.00 | $15.00 |
| | | | **Total** | **$778.28** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5029 | 08/11/2023 | $2,715.89 | $0.00 | $2,715.89 |

23-50684-KMS Dkt 122 Filed 06/18/23 Entered 06/18/23 08:23:42 Page 10 of 30

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5573 | 12/13/2023 | $778.28 | $0.00 | $778.28 |

| | | |
|---|---|---|
| **Outstanding Balance** | **$3,494.17** |
| **Total Amount Outstanding** | **$3,494.17** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.