**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Tereasa Lynn Dillon, Debtor**             **Case No. 23-50684-KMS**
                                                        **CHAPTER 13**

**NOTICE**

The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: June 24, 2026            Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Tereasa Lynn Dillon, Debtor**         **Case No. 23-50684-KMS**
                                                      **CHAPTER 13**

## <u>FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND<br>REIMBURSEMENT OF NECESSARY EXPENSES<br>FOR THOMAS C. ROLLINS, JR.</u>

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtor, and files this *Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On May 8, 2023, Debtor filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

### FEE AGREEMENT

2. The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award.  Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour.  Paralegals are billed at a rate of $155.00 per hour.  Legal Assistants bill at $100.00 per hour.  Said rates are reasonable and in keeping with community custom and standards for attorneys in this area.

3. Throughout its representation of the Debtor herein, Applicant has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided.

## RETAINER

4.      The Debtor herein did not provide a retainer.

## FEES PAID TO DATE

5.      The Court previously approved interim compensation in the amount of $2,715.89 (Dk # 27) and $778.27 (Dk # 32).  Total interim compensation totals $3,494.16.

6.      The trustee has disbursed $3,494.16 on this claim as of June 10, 2026.

## ADDITIONAL FEES REQUESTED

7.      None.

8.      Waived

## TOTAL FEES FOR FINAL APPROVAL

1.      Applicant requests that the final award of attorney's fees be reduced to $3,494.16, being the amount already having been disbursed by the Trustee. A detailed accounting is attached hereto as Exhibit "B".

## A. LODESTAR ANALYSIS

### 1. The prevailing hourly rate in the community under § 330

The Applicant requests fees based on the following hourly rates: $360.00 for attorneys, $155.00 for paralegals, and $100.00 for legal assistants.

The hourly rates for attorneys with similar skills and experience as consumer bankruptcy attorneys can vary widely, typically ranging from $200 to $450 per hour. Due to the specialized nature of bankruptcy law, many attorneys are not proficient in this field. However, with 14 years of experience, approximately 4,000 bankruptcy cases filed, board certification in consumer bankruptcy law, and a strong community reputation, Thomas Rollins is well-qualified to command fees at the higher end of this range. Similarly, Jennifer Calvillo, who has 12 years of

experience with the same firm, having worked on 90% of those 4,000 cases, holds board certification in consumer bankruptcy law, is highly regarded in the community, and is a partner in her firm, is equally positioned to charge at the upper end of this spectrum. The Applicants' paraprofessionals charge a blended rate of $127.50 per hour, which is within the reasonable range for paraprofessional services.

**2. Reasonable hours expended**

While Chapter 11 lawyers may only be compensated for reasonable time expended that produce a material benefit to the estate, § 330(a)(B) provides that a chapter 13 debtor's attorney can be awarded reasonable compensation for representing the interests of the debtor, based on the benefit and necessity of such services to the debtor and the other factors found in § 330.

The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.

An itemization of time is attached as Exhibit "B" and an affidavit of Applicant is attached as Exhibit "C".

**3. Lodestar calculation**

The total lodestar amount is $3,494.16, representing a combined total of 17.1 hours at a blended attorney/paraprofessional rate of $204.34 per hour.

### B. ADJUSTMENTS TO LODESTAR

After determining the appropriate lodestar amount, the Court must decide whether the application of the § 330 factors and the Johnson factors warrant upward or downward adjustment.

**1.    § 330 Factors**

The following § 330 factors were already discussed when determining the lodestar amount:

(A) The time spent on such services.

(B) The rates charged for such services.

(C) Whether the compensation is reasonable based on the customary compensation

charged by comparably skilled practitioners in cases other than cases under this title.

The remaining §330 factors are discussed below:

(D) Necessity and Benefit of Services.
   a. The services rendered were necessary to the administration of the case and were reasonably calculated to benefit the Debtor at the time they were performed. Counsel's work ensured compliance with the Bankruptcy Code, protected the Debtor's interests, and advanced the case toward resolution.
   b. This case resulted in confirmation and discharge. Regardless of outcome, the services were appropriate and beneficial when rendered.
   c. No adjustment is warranted.

(E) Reasonableness of Time Spent.
   a. The time expended was reasonable in light of the nature and complexity of the case. Routine matters were handled efficiently, with appropriate delegation to support staff where possible.
   b. No adjustment is warranted.

(F) Skill and Experience of Counsel.
   a. Counsel is experienced in consumer bankruptcy practice and possesses the skill necessary to represent debtors effectively in cases of this type. This factor is reflected in the hourly rates used in the lodestar calculation.
   b. No further adjustment is warranted.

**2.      Johnson Factors**

The following *Johnson* factors were already discussed when determining the lodestar amount:

1. The time and labor required.

2. The novelty and difficulty of the questions presented.

3. The skill required to perform the legal services properly.

4. The customary fee in the community.

5. Whether the fee is fixed or contingent.

6. The experience, reputation, and ability of the attorneys.

The remaining *Johnson* factors are discussed below:

7. Preclusion of Other Employment.
   a. Not Applicable.
   b. No adjustment is warranted.

8. Time Limitations.
   a. Any time constraints were typical of consumer bankruptcy practice and do not justify an adjustment.
   b. No adjustment is warranted.

9. Amount Involved and Results Obtained.
   a. The results obtained are reflected in the Court's § 330 analysis above.
   b. No adjustment is warranted.

10. Undesirability of the Case.
   a. While consumer bankruptcy cases require extended commitment and carry inherent risk of nonpayment, these considerations are typical for this area of practice and are reflected in the Lodestar.
   b. No further adjustment is warranted.

11. Nature of Relationship with Client.
   a. The professional relationship with the Debtor was typical for a case of this type.
   b. No adjustment is warranted.

12. Awards in Similar Cases
   a. Compensation requested is consistent with fees awarded in similar cases and reflects reasonable compensation for comparable non-bankruptcy services.
   b. No adjustment is warranted.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses. Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TEREASA LYNN DILLON

CASE NO: 23-50684-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/24/2026, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibits

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TEREASA LYNN DILLON

CASE NO: 23-50684-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/24/2026, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibits

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50684-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUN 24 10-54-17 PST 2026

NUVELL CREDIT COMPANY  CO AIS PORTFOLIO SER
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

WOODFOREST BANK
PO BOX 7889
THE WOODLANDS  TX 77387-7889

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ATT
PO BOX 5087
CAROL STREAM  IL 60197-5087

ACCESS RADIOLOGY
PO BOX 60962
NEW ORLEANS  LA 70160-0962

ACCURATE RECOVERY SOLU
PO BOX 406
FARMINGDALE  NY 11735-0406

BANFIELD PET HOSPITAL
18101 SE 6TH WAY
VANCOUVER  WA 98683-7509

CB INDIGO
PO BOX 4499
BEAVERTON  OR 97076-4499

CF MEDICAL LLC
3705 HWY 27
STE 203
CLERMONT  FL 34711-7950

CAPIO PARTNERS  LLC
ATTN BANKRUPTCY
PO BOX 3498
SHERMAN  TX 75091-3498

CAPITAL ONE
PO BOX 30285
SALT LAKE CIT  UT 84130-0285

(P)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863

CLOUD  WILLIS  ELLIS
3428 MONTCLARK RD
STE 227
BIRMINGHAM  AL 35213

COMENITY
PO BOX 182273
COLUMBUS  OH 43218-2273

CONN APPLIANCES  INC DBA
CONNS HOMEPLUS AS SERVICERIN
BECKET AND LEE LLP
PO BOX 3002
MALVERN  PA 19355-0702

CONNS HOMEPLUS
2445 TECHNOLOGY FOREST
BUILDING 4  SUITE 800
THE WOODLANDS  TX 77381-5258

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE ROAD SUITE 3000
SOUTHFIELD  MI 48034-8331

DIAMONDHEAD URGENT CAR
4402 E ALOHA DR
STE 16
DIAMONDHEAD  MS 39525-3305

EMERIL PASTA
PO BOX 406
FARMINGDALE  NY 11735-0406

FDOT
PO BOX 31241
TAMPA  FL 33631-3241

FDOT
PO BOX 71237
CHARLOTTE  NC 28272-1237

FIRST PORTFOLIO VENTURES I  LLC
3091 GOVERNORS LAKE DRIVE SUITE 500
PEACHTREE CORNERS  GA 30071-1135

FIRST INVESTORS SVC CO
380 INTERSTATE N PKWY
STE 300
ATLANTA  GA 30339-2222

FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

GEICO INSURANCE
ONE GEICO PLAZA
BETHESDA  MD 20810-0002

GORDON G ARMSTRONG
PO BOX 1464
MOBILE  AL 36633-1464

HMC GROUP
29065 CLEMENS RD
WESTLAKE  OH 44145-1179

HANCOCK EMERGENCY GROU
PO BOX 731584
DALLAS  TX 75373-1584

HENLEY  LOTTERHOS  HE
PO BOX 389
JACKSON  MS 39205-0389

HMC GROUP
ATTN BANKRUPTCY
29065 CLEMENS RD
STE 200
CLEVELAND  OH 44145-1179

IC SYSTEM
PO BOX 64794
SAINT PAUL  MN 55164-0794

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)JERNIGAN CHIROPRACTIC CLINIC
ATTN JEREMY JERNIGAN
2045 EAST PASS RD
SUITE B
GULFPORT MS 39507-3761

LGBSMASSDPT
PO BOX 702118
SAN ANTONIO  TX 78270-2118

MS DEPARTMENT OF EMPLOYMENT SECURITY
PO BOX 1699
JACKSON  MS 39215-1699

MS TITLE LOAN
459 HWY 90
WAVELAND  MS 39576-2507

MEMORIAL EMERGENGY PHY
PO BOX 15396
HATTIESBURG  MS 39404-5396

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT  MS 39502-1810

MEMORIAL HOSPITAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT  MS 39502-0175

MERRICK BANK
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

MILESTONE
PO BOX 4499
BEAVERTON  OR 97076-4499

OCHSNER HEALTH SYSTEM
JONES WALKER ATTN CAROLINE MCCAFFREY
201 ST CHARLES AVENUE  49TH FL
NEW ORLEANS  LA 70170-1000

OSCHNER HEALTH SYSTEM
PO BOX 61838
NEW ORLEANS  LA 70161-1838

PA TURNPIKE TOLL
PO BOX 645631
PITTSBURGH  PA 15264-5254

PAY BY PLATE
PO BOX 847840
BOSTON  MA 02284-7840

PERSONIFY
PO BOX 208417
DALLAS  TX 75320-8417

PLAZA SERVICES
303 2ND ST
STE 750
SAN FRANCISCO  CA 94107-1366

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROFESSIONAL ACCOUNT
PO BOX 1153
MILWAUKEE  WI 53201-1153

PROGRESSIVE LEASING
256 W DATA DR
DRAPER  UT 84020-2315

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

REFLEX
PO BOX 31292
TAMPA  FL 33631-3292

SMB RADIOLOGY
PO BOX 1330
GULFPORT  MS 39502-1330

SLIDELL MEMORIAL HOSPI
1001 GAUSE BLVD
BOX 15
SLIDELL  LA 70458-2987

SOURCE RECEIVABLES
ATTN BANKRUPTCY DEPT
PO BOX 4068
GREENSBORO  NC 27404-4068

(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(P)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

STERLING SURGICAL HOSP
989 ROBERT BLVD
SLIDELL  LA 70458-2009

TOLLS BY MAIL
PO BOX 15183
ALBANY  NY 12212-5183

EXCLUDE

TRUE ACCORD
16011 COLLEGE BLVD
LENEXA  KS 66219-9877

USAA FSB
PO BOX 47504
SAN ANTONIO  TX 78263

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS  MO 63304-2225

WOODFOREST NATIONAL BANK
ATTN BANKRUPTCY
PO BOX 7889
THE WOODLANDS  TX 77387-7889

YOUNGS PROFESSIONAL S
ATTN 6822
PO BOX 3484
TOLEDO  OH 43607-0484

DEBTOR

TEREASA LYNN DILLON
68226 DIAMONDHEAD DR E
DIAMONDHEAD  MS 39525-3528

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749