United States Bankruptcy Court

Southern District of Mississippi

In re:                                          Case No. 23-50684-KMS

Tereasa Lynn Dillon                              Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Jul 16, 2026 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tereasa Lynn Dillon, 68226 Diamondhead Dr E, Diamondhead, MS 39525-3528 |
| 5230103 | | Cloud, Willis & Ellis, 3428 Montclark Rd, Ste 227, Birmingham, AL 35213 |
| 5230108 | + | Diamondhead Urgent Car, 4402 E Aloha Dr, Ste 16, Diamondhead, MS 39525-3305 |
| 5230109 | + | Emeril Pasta, P.O. Box 406, Farmingdale, NY 11735-0406 |
| 5230110 | + | FDOT, P.O. Box 71237, Charlotte, NC 28272-1237 |
| 5230116 | + | Gordon G. Armstrong, PO Box 1464, Mobile, AL 36633-1464 |
| 5230117 | | Hancock Emergency Grou, P.O. Box 731584, Dallas, TX 75373-1584 |
| 5230145 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, Sprint, PO Box 660075, Dallas, TX 75266 |
| 5230124 | + | LGBS-MassDPT, PO Box 702118, San Antonio, TX 78270-2118 |
| 5230131 | + | MS Title Loan, 459 Hwy 90, Waveland, MS 39576-2507 |
| 5230126 | + | Memorial Emergengy Phy, PO Box 15396, Hattiesburg, MS 39404-5396 |
| 5230127 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5234758 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5230134 | | Pay by Plate, P.O. Box 847840, Boston, MA 02284-7840 |
| 5230136 | + | Plaza Services, 303 2nd St, Ste 750, San Francisco, CA 94107-1366 |
| 5230138 | | Professional Account, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 5230141 | + | Slidell Memorial Hospi, 1001 Gause Blvd, Box 15, Slidell, LA 70458-2987 |
| 5230146 | | Sterling Surgical Hosp, 989 Robert Blvd, Slidell, LA 70458-2009 |
| 5230149 | | USAA FSB, PO Box 47504, San Antonio, TX 78263 |
| 5230152 | | Young's Professional S, Attn 6822, P.O. Box 3484, Toledo, OH 43607-0484 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 16 2026 23:54:00 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ebankruptcy@woodforest.com | Jul 16 2026 19:50:00 | Woodforest Bank, P.O. Box 7889, The Woodlands, TX 77387-7889 |
| 5230095 | | EDI: ATTWIREBK.COM | Jul 16 2026 23:54:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5230093 | + | Email/Text: ttaylor@msnllc.com | Jul 16 2026 19:50:00 | Access Radiology, P.O. Box 60962, New Orleans, LA 70160-0962 |
| 5230094 | + | Email/Text: lmagnani@arsincusa.com | Jul 16 2026 19:50:00 | Accurate Recovery Solu, P.O. Box 406, Farmingdale, NY 11735-0406 |
| 5230096 | + | Email/Text: bankruptcies@banfield.net | Jul 16 2026 19:50:00 | Banfield Pet Hospital, 18101 SE 6th Way, |

District/off: 0538-6  User: mssbad  Page 2 of 4

Date Rcvd: Jul 16, 2026  Form ID: 3180W  Total Noticed: 69

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Vancouver, WA 98683-7509 |
| 5230099 | | EDI: CAPITALONE.COM | Jul 16 2026 23:54:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285-5520 |
| 5230101 | + | EDI: PHINGENESIS | Jul 16 2026 23:54:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5230102 | ^ | MEBN | Jul 16 2026 19:49:49 | CF Medical LLC, 3705 Hwy 27, Ste 203, Clermont, FL 34711-7950 |
| 5230106 | | Email/Text: cfcbackoffice@contfinco.com | Jul 16 2026 19:50:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5230097 | + | EDI: CAPIO.COM | Jul 16 2026 23:54:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 5230098 | + | EDI: CAPITALONE.COM | Jul 16 2026 23:54:00 | Capital One, PO Box 30285, Salt Lake Cit, UT 84130-0285 |
| 5230100 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 16 2026 19:50:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5230104 | | EDI: WFNNB.COM | Jul 16 2026 23:54:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5240431 | | EDI: JEFFERSONCAP | Jul 16 2026 23:54:00 | Conn Appliances, Inc. d/b/a, Conn's HomePlus as servicer-in-, Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 5230105 | + | Email/Text: bankruptcynotices@conns.com | Jul 16 2026 19:50:00 | Conn's HomePlus, 2445 Technology Forest, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 5230107 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 16 2026 19:50:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road Suite 3000, Southfield, MI 48034-8331 |
| 5230111 | ^ | MEBN | Jul 16 2026 19:49:57 | FDOT, P.O. Box 31241, Tampa, FL 33631-3241 |
| 5231474 | ^ | MEBN | Jul 16 2026 19:49:56 | FIRST PORTFOLIO VENTURES I, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5230114 | | Email/Text: BNSFS@capitalsvcs.com | Jul 16 2026 19:50:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5230112 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jul 16 2026 19:50:00 | First Investors Svc Co, 380 Interstate N Pkwy, Ste 300, Atlanta, GA 30339-2222 |
| 5230113 | + | EDI: AMINFOFP.COM | Jul 16 2026 23:54:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5230115 | + | Email/Text: argbsref@geico.com | Jul 16 2026 19:50:00 | Geico Insurance, One Geico Plaza, Bethesda, MD 20810-0002 |
| 5230120 | + | Email/Text: hmcgrp@aol.com | Jul 16 2026 19:50:00 | HMC Group, 29065 Clemens Rd, Westlake, OH 44145-1179 |
| 5230118 | ^ | MEBN | Jul 16 2026 19:50:08 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5230119 | + | Email/Text: hmcgrp@aol.com | Jul 16 2026 19:50:00 | Hmc Group, Attn: Bankruptcy, 29065 Clemens Rd., Ste 200, Cleveland, OH 44145-1179 |
| 5230121 | + | EDI: LCIICSYSTEM | Jul 16 2026 23:54:00 | IC System, P.O. Box 64794, Saint Paul, MN 55164-0794 |
| 5230145 | | EDI: JCTM | Jul 16 2026 23:54:00 | Sprint, PO Box 660075, Dallas, TX 75266 |
| 5230122 | | EDI: JEFFERSONCAP.COM | Jul 16 2026 23:54:00 | Jefferson Capital Sys, 16 McLand Rd., Saint Cloud, MN 56303 |
| 5230123 | | Email/Text: jerniganchiro@yahoo.com | Jul 16 2026 19:50:00 | Jernigan Chiropractic, 2045 E Pass Rd, Ste B, Gulfport, MS 39507-3761 |
| 5230125 | + | Email/Text: bankruptcy@mdes.ms.gov | | |

District/off: 0538-6                              User: mssbad                                      Page 3 of 4

Date Rcvd: Jul 16, 2026                          Form ID: 3180W                                    Total Noticed: 69

| | | | |
|---|---|---|---|
| | | Jul 16 2026 19:50:00 | MS Department of Employment Security, PO Box 1699, Jackson, MS 39215-1699 |
| 5230128 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 19:54:38 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5252694 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 19:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5230129 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 19:50:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5230130 | + EDI: PHINGENESIS | Jul 16 2026 23:54:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5255237 | + Email/Text: bankruptcy@ochsner.org | Jul 16 2026 19:50:00 | Ochsner Health System, Jones Walker Attn: Caroline McCaffrey, 201 St. Charles Avenue, 49th Fl., New Orleans, LA 70170-1000 |
| 5230132 | + Email/Text: bankruptcy@ochsner.org | Jul 16 2026 19:50:00 | Oschner Health System, P.O. Box 61838, New Orleans, LA 70161-1838 |
| 5230133 | ^ MEBN | Jul 16 2026 19:49:57 | PA Turnpike Toll, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 5230137 | EDI: PRA.COM | Jul 16 2026 23:54:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5246826 | EDI: PRA.COM | Jul 16 2026 23:54:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5230135 | Email/Text: Contact@PersonifyFinancial.com | Jul 16 2026 19:50:00 | Personify, P.O. Box 208417, Dallas, TX 75320-8417 |
| 5230139 | + Email/Text: ecfbankruptcy@progleasing.com | Jul 16 2026 19:50:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5240626 | EDI: Q3G.COM | Jul 16 2026 23:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5230140 | ^ MEBN | Jul 16 2026 19:50:08 | Reflex, P.O. Box 31292, Tampa, FL 33631-3292 |
| 5230144 | Email/Text: bankruptcy@springoakscapital.com | Jul 16 2026 19:50:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5230143 | + Email/Text: clientservices@sourcerm.com | Jul 16 2026 19:50:00 | Source Receivables, Attn: Bankruptcy Dept, Po Box 4068, Greensboro, NC 27404-4068 |
| 5230147 | ^ MEBN | Jul 16 2026 19:49:59 | Tolls By Mail, P.O. Box 15183, Albany, NY 12212-5183 |
| 5230148 | + Email/Text: accountservicing@trueaccord.com | Jul 16 2026 19:50:00 | True Accord, 16011 College Blvd, Lenexa, KS 66219-9877 |
| 5230150 | + EDI: VERIZONCOMB.COM | Jul 16 2026 23:54:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5230151 | + Email/Text: ebankruptcy@woodforest.com | Jul 16 2026 19:50:00 | Woodforest National Bank, Attn: Bankruptcy, Po Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5230142 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 0538-6          User: mssbad                    Page 4 of 4
Date Rcvd: Jul 16, 2026       Form ID: 3180W                  Total Noticed: 69

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Tereasa Lynn Dillon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Tereasa Lynn Dillon** | Social Security number or ITIN   **xxx–xx–2858** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **23–50684–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Tereasa Lynn Dillon**
aka Tereasa L Dillon

Dated: 7/16/26

**By the court:**       /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**