GULFPORT MS 395
20 AUG 2026AM 1 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 39503
02 7H
0006216384
$ 000.78⁰
AUG 18 2026

RETURN SERVICE REQUESTED

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

AUG 24 2026

Danny L. Miller, Clerk of Court
By:____________, Deputy Clerk

39201-502825