0032-5G-EPIE5G-00145866-212015

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: TEREASA LYNN DILLON Case No.: 23-50684-KMS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

WARREN A. CUNTZ, JR., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/08/2023.
2) The plan was confirmed on 08/07/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 05/26/2026.
6) Number of months from filing or conversion to last payment: 36.
7) Number of months case was pending: 40.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 77,426.04.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $4,559.33 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $4,559.33 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,494.16 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $281.19 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,775.35 |

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACCESS RADIOLOGY | Unsecured | 12.19 | NA | NA | .00 | .00 |
| AT&T | Unsecured | 3,170.04 | NA | NA | .00 | .00 |
| BANFIELD PET HOSPITAL | Unsecured | 490.00 | NA | NA | .00 | .00 |
| CAPIO PARTNERS LLC | Unsecured | 747.00 | NA | NA | .00 | .00 |
| CASHNETUSA | Unsecured | 917.00 | NA | NA | .00 | .00 |
| CB INDIGO | Unsecured | 800.00 | NA | NA | .00 | .00 |
| Conn Appliances Inc dba Conn Home+ | Unsecured | 4,139.00 | 4,139.53 | 4,139.53 | 99.67 | .00 |
| CREDIT ACCEPTANCE CORPORATION | Unsecured | 8,814.00 | 10,051.80 | 10,051.80 | 241.99 | .00 |
| DIAMONDHEAD URGENT CAR | Unsecured | 50.00 | NA | NA | .00 | .00 |
| EMERIL PASTA | Unsecured | 194.91 | NA | NA | .00 | .00 |
| FDOT | Unsecured | 11.68 | NA | NA | .00 | .00 |
| FDOT | Unsecured | 23.00 | NA | NA | .00 | .00 |
| FIRST INVESTORS SVC CO | Unsecured | 11,789.89 | NA | NA | .00 | .00 |

0032-5G-EPIE5G-00145866-212015

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: TEREASA LYNN DILLON Case No.: 23-50684-KMS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST PORTFOLIO VENTURES I LLC | Unsecured | NA | 814.72 | .00 | .00 | .00 |
| FIRST PREMIER | Unsecured | 829.76 | NA | NA | .00 | .00 |
| FIRST SAVINGS BANK | Unsecured | 451.00 | NA | NA | .00 | .00 |
| GEICO INSURANCE | Unsecured | 40.14 | NA | NA | .00 | .00 |
| HANCOCK EMERG GROU | Unsecured | 277.20 | NA | NA | .00 | .00 |
| HANCOCK EMERG GROU | Unsecured | 747.00 | NA | NA | .00 | .00 |
| HMC GROUP | Unsecured | 640.00 | NA | NA | .00 | .00 |
| JERNIGAN CHIROPRATIC | Unsecured | 907.67 | NA | NA | .00 | .00 |
| LGBS MASS DPT | Unsecured | NA | NA | NA | .00 | .00 |
| MEMORIAL EMERG PHY | Unsecured | 37.05 | NA | NA | .00 | .00 |
| MEMORIAL HOSPITAL | Unsecured | 406.00 | NA | NA | .00 | .00 |
| Memorial Hospital %Wessler Law Firm | Unsecured | 640.00 | 1,046.11 | 1,046.11 | 25.18 | .00 |
| Merrick Bank | Unsecured | 1,626.00 | NA | NA | .00 | .00 |
| Midland Credit Management Inc | Unsecured | 1,803.00 | 1,803.37 | 1,803.37 | 43.41 | .00 |
| MILESTONE | Unsecured | 727.73 | NA | NA | .00 | .00 |
| MS DEPT OF EMPLOYMENT SECURITY | Unsecured | 11,000.00 | 9,051.16 | 9,051.16 | 217.90 | .00 |
| MS TITLE LOAN | Unsecured | 2,000.00 | NA | NA | .00 | .00 |
| OCHSNER HEALTH SYSTEM | Unsecured | NA | 3,231.70 | 3,231.70 | 77.80 | .00 |
| PA TRUNPIKE TOLL | Unsecured | 32.20 | NA | NA | .00 | .00 |
| PAY BY PLATE | Unsecured | 33.80 | NA | NA | .00 | .00 |
| PERSONIFY | Unsecured | 3,991.00 | NA | NA | .00 | .00 |
| PERSONIFY | Unsecured | 1,890.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | Unsecured | 976.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | Unsecured | 793.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 462.78 | 976.30 | 976.30 | 23.50 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 1,200.61 | 793.20 | 793.20 | 19.10 | .00 |
| Quantum3 Group LLC | Unsecured | 416.10 | 277.20 | 277.20 | 6.67 | .00 |
| Quantum3 Group LLC | Unsecured | 993.04 | 272.41 | 272.41 | 6.56 | .00 |
| Quantum3 Group LLC | Unsecured | 633.44 | 175.50 | 175.50 | 4.22 | .00 |
| Quantum3 Group LLC | Unsecured | 1,194.91 | 747.00 | 747.00 | 17.98 | .00 |
| REFLEX | Unsecured | 1,225.71 | NA | NA | .00 | .00 |
| SLIDELL MEMORIAL HOSPI | Unsecured | 26.56 | NA | NA | .00 | .00 |
| SMB RADIOLOGY | Unsecured | 152.30 | NA | NA | .00 | .00 |
| SOURCE RECEIVABLES | Unsecured | 2,142.00 | NA | NA | .00 | .00 |
| STERLING SURGICAL HOSP | Unsecured | 775.00 | NA | NA | .00 | .00 |
| TOLLS BY MAIL | Unsecured | 4.32 | NA | NA | .00 | .00 |
| TOLLS BY MAIL | Unsecured | 54.32 | NA | NA | .00 | .00 |
| USAA FSB | Unsecured | 2,609.95 | NA | NA | .00 | .00 |
| Verizon by American InfoSource agen | Unsecured | 2,671.00 | NA | NA | .00 | .00 |
| WOODFOREST | Unsecured | 1,078.00 | NA | NA | .00 | .00 |

0032-5G-EPIE5G-00145866-212015

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: TEREASA LYNN DILLON

Case No.: 23-50684-KMS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOODFOREST NATIONAL BANK | Other | 1,000.00 | 1,000.00 | .00 | .00 | .00 |
| YOUNGS PROFESSIONAL S | Unsecured | 186.80 | NA | NA | .00 | .00 |
| YOUNGS PROFESSIONAL S | Unsecured | 107.52 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,565.28 | 783.98 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $3,775.35 | |
| Disbursements to Creditors: | $783.98 | |
| **TOTAL DISBURSEMENTS:** | | $4,559.33 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/30/2026

By: /s/WARREN A. CUNTZ, JR.
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.